In the Matter of the Probate of an Instrument Purporting to be the Will of TIMOTHY F. McCARTHY, Deceased. . BEATRICE McCARTHY, Appellant; JAMES F. EGAN, as Public Administrator of New York County, et al., Respondents.

In the Matter of the Estate of TIMOTHY F. McCARTHY, Deceased. BEATRICE McCARTHY, Appellant; JAMES F. EGAN, as Public Administrator of New York County, et al., Respondents.

Argued February 27, 1947; decided April 17, 1947.

*Emmet L. Holbrook* and *Edward Joseph* for appellant.

*Joseph T. Arenson, Jacob I. Goodstein* and *Joseph A. Cox* for respondents.

Orders affirmed, with costs payable out of the estate, to all parties appearing separately and filing separate briefs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, THACHER and DYE, JJ. Dissenting: CONWAY, DESMOND and FULD, JJ.